# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

### CASE NO.: 8:22-cv-00339

MORGAN HOWARTH,

  Plaintiff,

v.

HTM LIGHTING, LLC, JEAN-PHILIPPE MERMINOD, and ADVANCED INNOVATIVE SOLUTIONS GROUP LLC dba HTM LIGHTING SOLUTIONS,

  Defendants.

## COMPLAINT FOR COPYRIGHT INFRINGEMENT
## (INJUNCTIVE RELIEF DEMANDED)

Plaintiff MORGAN HOWARTH by and through his undersigned counsel, brings this Complaint against Defendants HTM LIGHTING, LLC, JEAN-PHILIPPE MERMINOD, and ADVANCED INNOVATIVE SOLUTIONS GROUP LLC dba HTM LIGHTING SOLUTIONS for damages and injunctive relief, and in support thereof states as follows:

## SUMMARY OF THE ACTION

1. Plaintiff MORGAN HOWARTH ("Howarth") brings this action for violations of exclusive rights under the Copyright Act, 17 U.S.C. § 106, to copy and distribute Howarth's original copyrighted Work of authorship.

2.      Based in the Washington D.C. area, Howarth has been a photographer for over 25 years and focuses on interior and architecture work.  His rich and illustrative style brings architecture to life by combining a multitude of separately lit images into one perfect shot.  Howarth has worked as a photographer for a multitude of national clients including Timex, Sears Catalog, The Lenox Hotel, Cole Haan Shoes, GH Bass Shoes, Timberland Shoe, CBS, and Home & Design Magazine, and has been exposed to many beautiful people and places throughout his career.  However, he still considers the best part of any assignment to be the client's final "Wow!"

3.      Howarth uses a combination of tungsten, daylight, and strobe light to create the best possible natural looking light to suit the needs of each room or scene.  This process takes several different exposures and lighting set-ups per image which are then combined into one Hi-Res image.

4.      Defendant HTM LIGHTING, LLC ("HTM") is a wholesale LED lighting distributor and a manufacturer of Premium Linear LED Lighting.  HTM advertises that it is "a global leader in cutting edge LED Technology for commercial and industrial lighting."  HTM partners with some of the world's largest electrical distribution companies like Graybar, Gexpro, Rexel, Wesco, Irvin, and more.  At all times relevant herein, HTM operated

the internet website located at the URL www.htm-lighting.com (the "Website"). On December 18, 2020, HTM filed a Notice of Voluntary Dissolution with the Florida Secretary of State.

Defendant Jean-Philippe Merminod ("Merminod") is upon information and belief the owner and registrant of the Website.

Defendant ADVANCED INNOVATIVE SOLUTIONS GROUP LLC DBA HTM LIGHTING SOLUTIONS ("AISG") is upon information and belief the company that is operating HTM.

Defendants HTM, AISG and Merminod are collectively referred to herein as "Defendants."

Howarth alleges that Defendants copied Howarth's copyrighted Work from the internet in order to advertise, market and promote its business activities. Defendants committed the violations alleged in connection with Defendants' business for purposes of advertising and promoting sales to the public in the course and scope of the Defendants' business.

## JURISDICTION AND VENUE

10. This is an action arising under the Copyright Act, 17 U.S.C. § 501.

11. This Court has subject matter jurisdiction over these claims pursuant to 28 U.S.C. §§ 1331, 1338(a).

12. Defendants are subject to personal jurisdiction in Florida.

13. Venue is proper in this district under 28 U.S.C. § 1391(b) and (c) and 1400(a) because the events giving rise to the claims occurred in this district, Defendants engaged in infringement in this district, Defendants reside in this district, and Defendants are subject to personal jurisdiction in this district.

### DEFENDANTS

14. HTM Lighting, LLC is a Florida limited liability company, with its principal place of business at 5046 West Linebaugh Avenue, Tampa, Florida, 33624, and can be served by serving its CEO, Jean-Philippe Merminod, at 5046 W Linebaugh Ave., Tampa, Florida 33624.

Jean-Philippe Merminod is an individual residing in Hillsborough county, state of Florida and can be served at 5046 W Linebaugh Ave., Tampa, Florida 33624.

16. Advanced Innovative Solutions Group LLC is a Florida limited liability company that owns the fictitious name of HTM Lighting Solutions and does business as HTM Lighting Solutions, and can be served by serving its Registered Agent, Mr. Hugo Merminod at 5046 West Linebaugh Avenue, Tampa Florida, 33624.

### THE COPYRIGHTED WORK AT ISSUE

In 2012, Howarth created the photograph entitled 5613_Montgomery_Kitchen_Right_F, which is shown below and referred to herein as the "Work".



At the time Howarth created the Work, Howarth applied copyright management information to the Work consisting of the words "Morgan Howarth" watermarked in the middle of the Work.

Howarth registered the Work with the Register of Copyrights on April 16, 2015 and was assigned the registration number VA 1-957-815.  The Certificate of Registration is attached hereto as Exhibit 1.

Howarth's Work is protected by copyright but is not otherwise confidential, proprietary, or trade secrets.

21. At all relevant times Howarth was the owner of the copyrighted Work at issue in this case.

## INFRINGEMENT BY DEFENDANTS

22. Defendants have never been licensed to use the Work at issue in this action for any purpose.

23. On a date after the Work at issue in this action was created, but prior to the filing of this action, Defendants copied the Work.

24. On or about May 25, 2020, Howarth discovered the unauthorized use of his Work on the Website pages advertising the following products:

    a. 13W 4" Dimmable Downlight Combo;

    b. 13W 6" Dimmble Downlight Combo;

    c. 21W 5"-6" Dimmable Downlight Combo;

    d. 13W 4" Recessed LED Downlight;

    e. 12W 5-6" Recessed LED Downlight;

    f. 12W 6" Ultra Slim Dimmable Downlight Combo; and

    g. 9W 4" Ultra Slim Dimmable Downlight Combo.

25. Defendants copied Howarth's copyrighted Work without Howarth's permission.

26. After Defendants copied the Work, they made further copies and distributed the Work on the internet to promote the sale of goods and services as part of their LED lighting wholesale distributor company.

27. Defendants copied and distributed Howarth's copyrighted Work in connection with Defendants' business for purposes of advertising and promoting Defendants' business, and in the course and scope of advertising and selling products and services.

28. Howarth's Works are protected by copyright but are not otherwise confidential, proprietary, or trade secrets.

29. Defendants committed copyright infringement of the Work as evidenced by the documents attached hereto as Exhibit 2.

30. Howarth never gave Defendants permission or authority to copy, distribute or display the Work at issue in this case.

31. Howarth notified Defendants of the allegations set forth herein on July 22, 2020. To date, the parties have failed to resolve this matter. Copies of the Notices to Defendants are attached hereto as Exhibit 3.

When Defendants copied and displayed the Work at issue in this case, Defendants removed Howarth's copyright management information from the Work.

33. Howarth never gave Defendants permission or authority to remove copyright management information from the Work at issue in this case.

## COPYRIGHT INFRINGEMENT

34. Howarth incorporates the allegations of paragraphs 1 through 33 of this Complaint as if fully set forth herein.

35. Howarth owns a valid copyright in the Work at issue in this case.

36. Howarth registered the Work at issue in this case with the Register of Copyrights pursuant to 17 U.S.C. § 411(a).

37. Defendants copied, displayed, and distributed the Work at issue in this case and made derivatives of the Work without Howarth's authorization in violation of 17 U.S.C. § 501.

38. Defendants performed the acts alleged in the course and scope of its business activities.

39. Defendants' acts were willful.

40. Howarth has been damaged.

41. The harm caused to Howarth has been irreparable.

## REMOVAL OF COPYRIGHT MANAGEMENT INFORMATION

42. Howarth incorporates the allegations of paragraphs 1 through 33 of this Complaint as if fully set forth herein.

43. The Work at issue in this case contains copyright management information ("CMI").

44. Defendants knowingly and with the intent to enable or facilitate copyright infringement, removed CMI from the Work at issue in this action in violation of 17 U.S.C. § 1202(b).

45. Defendants committed these acts knowing or having reasonable grounds to know that they will induce, enable, facilitate or conceal infringement of Howarth's rights in the Work at issue in this action protected under the Copyright Act.

46. Defendants caused, directed and authorized others commit these acts knowing or having reasonable grounds to know that they will induce, enable, facilitate or conceal infringement of Howarth's rights in the Work at issue in this action protected under the Copyright Act.

47. Howarth has been damaged.

48. The harm caused to Howarth has been irreparable.

WHEREFORE, the Plaintiff Morgan Howarth prays for judgment against the Defendants HTM Lighting, LLC, Jean-Philippe Merminod, and Advanced Innovative Solutions Group LLC dba HTM Lighting Solutions that:

a. Defendants and their officers, agents, servants, employees, affiliated entities, and all of those in active concert with them, be preliminarily and permanently enjoined from committing the acts alleged herein in violation of 17 U.S.C. §§ 501, 1203;

b. Defendants be required to pay Plaintiff his actual damages and Defendants' profits attributable to the infringement, or, at Plaintiff's election, statutory damages, as provided in 17 U.S.C. §§ 504, 1203;

c. Plaintiff be awarded his attorneys' fees and costs of suit under the applicable statutes sued upon;

d. Plaintiff be awarded pre and post-judgment interest; and

e. Plaintiff be awarded such other and further relief as the Court deems just and proper.

## JURY DEMAND

Plaintiff hereby demands a trial by jury of all issues so triable.

DATED: February 9, 2022            Respectfully submitted,

*/s/Craig A. Wirth*

JOEL B. ROTHMAN
Florida Bar Number 98220
joel.rothman@sriplaw.com
CRAIG A. WIRTH
Florida Bar Number: 125322
craig.wirth@sriplaw.com
ANGELA M. NIEVES
Florida Bar Number: 1032760
angela.nieves@sriplaw.com

**SRIPLAW**
21301 Powerline Road
Suite 100
Boca Raton, FL 33433
561.404.4350 – Telephone
561.404.4353 – Facsimile

*Attorneys for Plaintiff Morgan Howarth*